IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAUREAN XAVIER PROCH,
    Plaintiff,

vs.                                Case No. 3:08cv484/MCR/EMT

ROBERT R. DEROCHE, et al.,
    Defendants.
_____/

**O R D E R**

    This cause is before the court upon Plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (Docs. 1, 2).

    Plaintiff's application to proceed in forma pauperis shall be denied, without prejudice, as it is incomplete. A prisoner seeking to bring a civil action without prepayment of the filing fee must submit a certified copy of the trust fund account statement for his inmate account for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). In this case, as the complaint was filed October 20, 2008 (*see* Doc. 1 at 10), the period involved is from April 20, 2008 through October 20, 2008. Although Plaintiff submitted a print-out from his inmate account, the print-out shows the activity in his account for only the months of August through October 2008 (*see* Doc. 2 at 5).[1] Before this matter may proceed, Plaintiff must either pay the filing fee of $350.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments. No further action will occur in this case until the matter of the filing fee is resolved.

    Accordingly, it is **ORDERED**:

---

[1] The court notes that Plaintiff states that he has been incarcerated for less than six (6) months; however, Plaintiff is advised that he must provide the court with a print-out from his inmate account(s) for the entire time he has been incarcerated (*see* Doc. 2 at 2). It appears from the complaint, that Plaintiff has been incarcerated since May 12, 2008 (*see* Doc. 1 at 5).

1. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District. This case number should be written on the forms.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall either pay the filing fee of $350.00 or submit a fully completed application to proceed in forma pauperis.

4. Plaintiff's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 12 day of November 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**