IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAUREAN XAVIER PROCH,
    Plaintiff,

vs.                                          Case No. 3:08cv484/MCR/EMT

ROBERT R. DEROCHE, et al.,
    Defendants.
_____/

**ORDER**

        This cause is before the court on Plaintiff's amended civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Doc. 12). Leave to proceed in forma pauperis has been granted (Doc. 6).

        The record reflects that Plaintiff was an inmate of the Okaloosa County Jail at the time he initiated this action in October 2008 (Doc. 1). The docket further shows that the court granted Plaintiff leave to proceed as an indigent while he was incarcerated (Doc. 6), and that on December 16, 2008, an initial partial filing fee was paid (Doc. 8).[1] Plaintiff filed a first notice of change of address in January 2009 (Doc. 9), and second notice in November 2009 (Doc. 16); while the notices do not explicitly so state, both of the notices—advising of new addresses in Nebraska—suggest that Plaintiff no longer is incarcerated. Moreover, in his amended complaint Plaintiff indicates that he

---

[1] The amount assessed was $7.83, but the amount paid was $8.00 (Docs. 6, 8). Curiously, although Plaintiff seems to have been a detainee at the Okaloosa County Jail at the time the initial partial filing fee was paid, it appears that payment was made on his behalf by the Florida Department of Corrections ("DOC"). The court seems to have inadvertently sent the order requiring payment to the DOC (*see* Doc. 6 at 2), instead of the Okaloosa County Jail. The DOC's website reflects that an inmate with the identical name as Plaintiff was released from the DOC's custody on August 11, 2007. Without further inquiry, the court can only surmise that funds were available in the account of that inmate and were used to pay the initial filing fee in this case.

was released from custody approximately six months after first being arrested in May 2008 (Doc. 12 at 5, 8).[2] It therefore appears that Plaintiff no longer is an inmate.

The court notes that since payment of the initial partial filing fee was made, Plaintiff has submitted no additional payments toward his filing fee obligation whatsoever. Before this matter may proceed further, the court will require Plaintiff to clarify his in forma pauperis status. Plaintiff must inform the court whether he is presently a prisoner and, if not, the date on which he was released from custody. If Plaintiff has been incarcerated at any time since December 16, 2008, the date of payment of the initial partial filing fee, he must provide the court with copies of each of his prison or jail bank account(s) for the period from December 16, 2008, through the date of this order. If these records reflect that Plaintiff owed sums toward the filing fee which he failed to pay during his incarceration, the court will require him to either pay those sums now or face dismissal of this action for non-payment. If Plaintiff is no longer incarcerated, he will be required to submit a new application to proceed in forma pauperis, signed under penalty of perjury, that establishes his eligibility to proceed as a pauper. If Plaintiff cannot demonstrate that, as a non-prisoner, he is entitled to proceed without prepayment of the filing fee, he must pay the $342.00 balance remaining on the filing fee or this action will be subject to dismissal.

Accordingly, it is **ORDERED**:

1. Plaintiff shall file a notice informing the court whether he is presently a prisoner and, if not, the date on which he was released from custody. If Plaintiff has been incarcerated at any time since December 16, 2008, along with his notice he must provide the court with copies of each of his prison or jail bank account(s) for the period from December 16, 2008, through the date of this order.

2. If Plaintiff is not currently incarcerated, he shall complete and submit a new application to proceed in forma pauperis on the form to be used by non-prisoners.

3. For Plaintiff's convenience, the clerk is directed to forward to Plaintiff an application to proceed in forma paupers on the form to be used by non-prisoners. This case number should be written on the form.

---

[2] Pages references are to numbers designated by the court's electronic docketing system, not those Plaintiff may have assigned.

Case No. 3:08cv484/MCR/EMT

4. Plaintiff shall have **THIRTY (30) DAYS** in which to comply with the court's instructions in this order. Alternatively, and within the same time, Plaintiff may file a notice of voluntary dismissal.

5. Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 22nd day of September 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**