IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAUREAN XAVIER PROCH,
    Plaintiff,

vs.                                       Case No. 3:08cv484/MCR/EMT

ROBERT R. DEROCHE,
    Defendant.

_____/

## **ORDER**

      Plaintiff, who proceeds pro se, has filed an amended complaint pursuant to 28 U.S.C. § 1983 (Doc. 12).[1] The complaint is sufficient to alert Defendant to the nature and basis of Plaintiff's claims. Service of the amended complaint by the United States Marshals Service ("USMS") is therefore appropriate.

      Accordingly, it is **ORDERED**:

      1.     The docket shall reflect that there is one (1) Defendant in this action: Robert R. Deroche, who Plaintiff indicates is employed by the Crestview Police Department, Crestview, Florida.

      2.     The clerk of court is directed to prepare one photocopy of the amended complaint (Doc. 12). The clerk shall also issue summons for Defendant indicating that Defendant has **TWENTY-ONE (21)** days in which to file a response to the amended complaint.

---

[1] Plaintiff proceeds in forma pauperis (Doc. 6) and has now paid the filing fee in full (Docs. 7, 26). The court notes that Plaintiff initiated this action when he was incarcerated by the Okaloosa County Department of Corrections (*see* Doc. 1); subsequent to that incarceration, he apparently was temporarily out of custody (*see* Doc. 12 at 2, Doc. 16). The record reflects that Plaintiff currently is incarcerated at the U.S. Penitentiary, Leavenworth, Kansas (Doc. 22).

3. The clerk of court is directed to prepare a copy of this order for Defendant. The clerk shall send the order to the USMS, along with the service copy of the amended complaint and the summons. Pursuant to Fed. R. Civ. P. 4(c)(3), all costs of service shall be advanced by the United States.

4. The USMS shall complete a USM 285 form for Plaintiff, addressed to Defendant. The USM 285 form shall provide for service on Defendant at this address: Crestview Police Department, 321 W. Woodruff Avenue, Crestview, FL 32536-3467.

5. The USMS shall personally serve Defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure. Upon completion of service, the USMS shall file with the clerk the return. The USMS need not file a written statement of all expenses incurred in making such personal service.

6. The clerk shall refer this file to the undersigned if service on Defendant is returned unexecuted.

7. No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the court.

8. Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

9. After a notice of appearance has been filed, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the clerk a "certificate of service" stating the date a correct copy of the paper was mailed to Defendant or to the attorney representing Defendant. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court.

10. In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, he should sign the form and forward it to counsel for Defendant (after service has been effected), who shall return it to the clerk only if Defendant also consents.

11.     Plaintiff is reminded to keep the clerk of court advised of any change in his mailing address should he be transferred, released from prison, or otherwise relocated.  Failure to do so may result in the dismissal of this action for failure to prosecute should court orders not be able to reach Plaintiff.

12.     The clerk shall refer this file to the undersigned **forty-five (45) days** from the date of this order.

**DONE AND ORDERED** this 29th day of October 2010.

>   /s/ *Elizabeth M. Timothy*
>   **ELIZABETH M. TIMOTHY**
>   **UNITED STATES MAGISTRATE JUDGE**